■ CHARLES PACE, Appellant, v. FRANK PACE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ SADIE ZENN et al., Respondents, v. J. J. ANZALONE et al., Defendants, and ROBERT R. YOUNG et al., Respondents. BRESWICK & Co. et al., Appellants; RANDOLPH PHILLIPS et al., Respondents.— Appeals dismissed, with $20 costs and disbursements to the defendants-respondents. The only operative portion of the opinion, as implemented by the short form order of February 15, 1957, is the denial of the motion to punish appellants herein for contempt, and they of course do not appeal from that part of the order. Accordingly, the order, as submitted to us, is not appealable, and the appeal must be dismissed. We therefore do not reach a consideration of the merits or propriety of Special Term's censure of counsel, nor of its statement as to the binding effect of the injunction order of June. 7, 1954. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ JOSEPH W. LYNCH et al., Respondents-Appellants, v. ARPAD PLESCH, Appellant-Respondent, et al., Defendants.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ. [8 Misc 2d 612.]

■ ROBERT H. SEABOLT et al., Copartners Practicing Law under the Name of BERLE, BERLE & BRUNNER, Respondents, v. H T E BEARDSLEY, INC., Defendant, and HULBERT T. E. BEARDSLEY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ STEPHEN NESLADEK, Respondent, v. UNITED STATES TRUCKING CORP., Appellant.— Orders so far as appealed from unanimously reversed in the exercise of discretion, with $20 costs and disbursements to appellant and the motion to dismiss the complaint for lack of prosecution is granted, with $10 costs, and judgment is directed to be entered in favor of the defendant dismissing the complaint, with costs. This case presents a history of a series of unexplained defaults and inexcusable delays. Concur — Peck, P. J., Breitel, Botein and Frank, JJ.

■ HELEN BUSQUE et al., Respondents, v. 2-4-6 NINETIETH STREET REALTY CORP., Appellant, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ FANNIE NOTOWITZ et al., Appellants, v. ANNA BARSKY, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.